Susan St. Vincent
Legal Officer
Daniel Negless
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>JUAN C. OLIVARES,<br><br>             Defendant. | No.  6:14-MJ-0047-MJS<br><br>STIPULATION TO CONTIUE INITIAL APPEARANCE; AND ORDER THEREON |

    IT IS HEREBY STIPULATED by and between Daniel Negless, legal intern for the National Park Service, and Defendant Juan C. Olivares, by and through his attorney of record, Jeffrey Tenenbaum, that the Initial Appearance in the above-captioned matter set for June 25, 2014 shall be continued to July 30, 2014 at 10:00 a.m.  The request for a continuance is made because Defendant's counsel has a conflicting court appearance and is unavailable to appear in Yosemite on the initial court date.

    Defendant further agrees to waive personal service of any

1

summons indicated the new court date, and agrees to appear in person on July 30, 2014.

Dated:   June 23, 2014              /S/ Daniel Negless
                                    Daniel Negless
                                    Legal Intern
                                    Yosemite National Park

Dated:                              /s/ Jeffrey Tenenbaum
                                    Jeffrey Tenenbaum
                                    Attorney for Juan C. Olivares
                                    Defendant

**ORDER**

For good cause shown, the Court accepts and adopts the above Stipulation and ORDERS that the June 25, 2014, Initial Appearance for Juan C. Olivares, case number 6:14-MJ-00047-MJS, is hereby continued to July 30, 2014 at 10:00 a.m.

IT IS SO ORDERED.

Dated:   June 24, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

2